

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00460-CR

_____

VICTOR GARDNER, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from County Criminal Court No. 1
Tarrant County, Texas
Trial Court No. 1538845

_____

Before Meier, Gabriel, and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 20, 2018